**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## May 11, 2010

**CASE NUMBER: CV 10-01984 MEJ**
**CASE TITLE: JOHN DONOHOE-v-TRANSITIONS OPTICAL INC**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Eureka** division.

**Honorable NANDOR J. VADAS** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **NJV** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/11/10

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 5/11/10AS

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA